IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL A. MOSLEY,**

    **Plaintiff,**

  -vs-

**CLUB 64 EAST, INC.,
FRANK MARSALLA, WALTER
M. HANKINS, II, SCOTT
BEREUTER and KEITH SLAYTON,**

    **Defendants.**           **NO. 11-CV-289-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Minutes of the Hearing held in this case by this Court on May 5, 2011, this case is **DISMISSED** with prejudice.

                      **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                      **BY:**     **/s/***Sandy Pannier*
                                **Deputy Clerk**

Dated: May 5, 2011

Digitally signed by David R. Herndon
Date: 2011.05.05 13:34:19 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT